NUMBER 13-05-505-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

ISRAEL RAMOS,                                                      Appellant,

 

v.

 

MACRINA
RAMOS,                                                   Appellee.

__________________________________________________________________

 

                  On appeal from the 404th
District Court 

of Cameron County, Texas

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

  Before Chief Justice Valdez and
Justices Rodriguez and Castillo 

                                Opinion Per
Curiam

 








Appellant, ISRAEL RAMON, attempted to perfect an appeal
from a judgment entered by the 404th District Court of Cameron County, Texas. 
Appellant has now filed a motion to dismiss the appeal. In his motion,
appellant states that on or about August 3, 2005, the trial
court granted his motion for new trial. 
Appellant requests that this Court dismiss the appeal.   

The Court, having examined and fully considered the documents on file,
the trial court=s granting of
appellant=s motion for new
trial,  and appellant=s motion to dismiss
the appeal, is of the opinion that appellant=s motion should be granted.  Appellant=s motion to dismiss the appeal is GRANTED.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Memorandum Opinion
delivered and filed this

the 20th
day of October, 2005.